# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MARENCO,<br><br>     Plaintiff(s),<br><br>v.<br><br>BOB FAULKNER, et al.,<br><br>     Defendant(s). | Case No. 2:21-cv-00155-CDS-NJK<br><br>**Order**<br><br>[Docket No. 16] |

Pending before the Court is Plaintiff's motion to extend discovery by 90 days. Docket No. 16. Any response must be filed by May 2, 2022.

IT IS SO ORDERED.

Dated: April 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1